IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KELVIN MITCHELL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv198-MHT |
| | ) | (WO) |
| TOWN OF HAYNEVILLE, | ) | |
| ALABAMA, | ) | |
| | ) | |
|     Defendant. | ) | |

**JUDGMENT**

Based on the representations and agreement of the parties made on the record on July 1, 2022, that plaintiff Kelvin Mitchell, if he prevails in his other pending case, *Mitchell v. Town of Hayneville et al.*, No. 2:20-cv-252-MHT, will be able to obtain the relief he seeks in this case, and that this case is therefore unnecessary, it is ORDERED that:

    (1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

    (2) Defendant Town of Hayneville's motion to dismiss (Doc. 6) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of July, 2022.

                                         /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**